```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAUDEL BRAVO, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

SKYLIGHT DINER INC. (D/B/A SKYLIGHT DINER), GEORGE PAPAIONNOU, TEDDY PAPAIONNOU, and JAMES PAPAIONNOU,

    Defendants.

1:23-cv-651 (MKV)

<u>DISMISSAL ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been informed that the court-ordered mediation in this case was held and agreement was reached on all issues. [ECF No. 29]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 6, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  October 5, 2023
       New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**